**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRETT ANDERSON, | No. CIV S-10-0967-CMK-P |
|     Petitioner, | |
|   vs. | <u>ORDER</u> |
| SACRAMENTO COUNTY HUMAN SERVICES, | |
|     Respondent. | |
|                                / | |

        Petitioner, who is proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1]  Pending before the court is petitioner's request for leave to proceed in forma pauperis (Doc. 2).  Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that he is unable to prepay fees and costs or give security therefor.

/ / /

/ / /

/ / /

---

[1] The court notes a number of jurisdictional problems with the instant case, which will be addressed separately.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for leave to proceed in forma pauperis (Doc. 2) is granted.

DATED: May 6, 2010

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE